Certificate Number: 02921-PAE-DE-027899427

Bankruptcy Case Number: 13-13435



02921-PAE-DE-027899427

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 11, 2016, at 7:15 o'clock PM EDT, Kathleen Mautz completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 12, 2016

By: /s/Joan B Reading

Name: Joan B Reading

Title: President