```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania
In re:                                                                Case No. 13-13435-amc
Kathleen M Mautz                                                      Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-2           User: Randi                  Page 1 of 2                  Date Rcvd: Sep 16, 2016
                               Form ID: 138NEW              Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
db            +Kathleen M Mautz,    3451 Belgrade Street,    Philadelphia, PA 19134-5419
cr            +Capital One Auto Finance,    c/o Schiller & Knapp, LLP,    950 New Loudon Road, Suite 109,
                Latham, NY 12110-2100
13124471       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13025689      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13025690     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX  79998)
13025691     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA  23285)
13025692      +Cap1/boscv,    Po Box 30253,   Salt Lake City, UT 84130-0253
13036075      +Capital One Auto Finance,    9441 LBJ Freeway Suite 350,    Dallas, TX 75243-4652
13130649       Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13044739      +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13025695      +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
13064184       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
13025697      +Hsbc/boscv,    Po Box 4274,   Reading, PA 19606-0674
13094917       M&T Bank,    PO BOX 1508,   Buffalo, NY 14240-1508
13513405      +M&T Bank,    c/o Andrew F. Gornall, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541
13169099      +Michael P Kelly, Esquire,    402 Middletown Blvd.,    Suite 202,   Langhorne, Pa 19047-1818
13025701      +Pa Department Of Revenue,    PO Box 281041,   Harrisburg, PA 17128-1041
13043655      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
13025702      +Td Auto Finance,    PO Box 9223,   Farmington Hills, MI 48333-9223
13025703      +Tnb - Target,    Po Box 673,   Minneapolis, MN 55440-0673
13025704      +Wells Fargo Bank,    Po Box 14517,   Des Moines, IA 50306-3517
13035095      +Wells Fargo Card Services,    1 Home Campus,   3rd Floor,    Des Moines, IA 50328-0001
13308039       eCAST Settlement Corporation,    PO Box 28136,   New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: bnc@bass-associates.com Sep 17 2016 02:06:51     PATTI H. BASS,
                3936 E. Ft. Lowell Rd.,   Suite 200,   Tucson, AZ 85712-1083
smg            E-mail/Text: bankruptcy@phila.gov Sep 17 2016 02:09:26     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2016 02:08:04
                Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2016 02:08:42     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 17 2016 02:04:31
                Capital One Auto Finance,   P.O. Box 201347,   Arlington, TX 76006-1347
cr             E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2016 02:03:55     GE Capital Retail Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
cr             E-mail/Text: camanagement@mtb.com Sep 17 2016 02:07:16     M&T Bank,   1100 Wehrle Drive,
                Williamsville, NY  14221
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2016 02:19:23
                PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
cr            +E-mail/Text: bnc@bass-associates.com Sep 17 2016 02:06:52     eCAST Settlement Corporation,
                c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13025693      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 17 2016 02:03:33     Capital One Auto Finan,
                3901 Dallas Pkwy,   Plano, TX 75093-7864
13483849      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 17 2016 02:03:57
                Capital One Auto Finance,   c/o Ascension Capital Group,    PO Box 201347,
                Arlington, TX 76006-1347
13472013      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 17 2016 02:03:17
                Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                Arlington, TX 76006-1347
13054089      +E-mail/Text: bnc@bass-associates.com Sep 17 2016 02:06:52     Capital One, N.A.,
                Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13041378       E-mail/Text: mrdiscen@discover.com Sep 17 2016 02:06:53     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13025694      +E-mail/Text: mrdiscen@discover.com Sep 17 2016 02:06:53     Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
13025696      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2016 02:03:13     Gecrb/care Credit,
                C/o Po Box 965036,   Orlando, FL 32896-0001
13025698       E-mail/Text: cio.bncmail@irs.gov Sep 17 2016 02:07:11     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA  19101-7346
13025699      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 17 2016 02:07:04     Kohls/capone,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
13025700       E-mail/Text: camanagement@mtb.com Sep 17 2016 02:07:16     M & T Bank,   One Fountain Pl/3rd Fl,
                Buffalo, NY  14203
```

```
District/off: 0313-2          User: Randi                  Page 2 of 2                   Date Rcvd: Sep 16, 2016
                              Form ID: 138NEW              Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13140000        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2016 02:04:35
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13035693        E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2016 02:04:39
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13070982       +E-mail/Text: bncmail@w-legal.com Sep 17 2016 02:08:25     TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                Tucson, AZ 85712-1083
cr*            eCast Settlement Corporation,    PO Box 28136,   New York, NY 10087-8136
13165499*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk, VA 23541)
13070983*     +TD BANK USA, N.A.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13070985*     +TD BANK USA, N.A.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13070986*     +TD BANK USA, N.A.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13070987*     +TD BANK USA, N.A.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
                                                                              TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              MICHAEL P. KELLY    on behalf of Debtor Kathleen M Mautz mpkpc@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kathleen M Mautz
    Debtor(s)

Bankruptcy No: 13−13435−amc
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

      For The Court

      Timothy B. McGrath
      Clerk of Court

Dated: 9/16/16

55 − 54
Form 138_new